IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| WILLIAM R. TOOLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:17-CV-495-WKW |
|  | ) | [WO] |
| JAY JONES, Sheriff of Lee County, and ROBERT GREEN, U.S. Marshal, | ) | |
| Defendants. | ) | |

## **ORDER**

On May 7, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.[1] (Doc. # 30.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

Final judgment will be entered separately.

DONE this 31st day of May, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Recommendation mailed to Mr. Tooley was returned as undeliverable. Mr. Tooley was on notice that it was his responsibility to inform the court of any change in his address. (Doc. # 4, at 6.)